**Opinion filed September 9, 2021**



In The

# Eleventh Court of Appeals

_____

## No. 11-21-00156-CV

_____

## IN THE INTEREST OF B.P. AND B.P., CHILDREN

---

### On Appeal from the 35th District Court
### Brown County, Texas
### Trial Court Cause No. CV2001036

---

### M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a). In the motion, Appellant states that she is "moving to dismiss the (notice) appeal." Accordingly, we dismiss this appeal pursuant to Appellant's motion.

The motion to dismiss is granted, and the appeal is dismissed.


September 9, 2021                                            PER CURIAM

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.